FONK ET AL. *v.* TOWN OF YORKVILLE.

No. 332.   Decided October 27, 1958.

*Wm. J. P. Aberg* for appellants.

PER CURIAM.

The appeal is dismissed for want of a substantial federal question.